Argued and submitted September 11, petition for review dismissed
October 18, 2000

In the Matter of the Compensation of
Sandra L. Shumaker, Claimant.

Sandra L. SHUMAKER,
*Petitioner,*

*v.*

ROGUE VALLEY MEDICAL CENTER,
*Respondent.*

(98-08409; CA A109246)

13 P3d 166

Robert F. Webber argued the cause for petitioner. With him on the brief was Black, Chapman, Webber & Stevens.

No appearance for respondent.

Before Edmonds, Presiding Judge, and Armstrong and Kistler, Judges.

PER CURIAM

Petition for review dismissed as not being from a final order. *Jones v. SAIF,* 49 Or App 543, 619 P2d 1342 (1980); *Mendenhall v. SAIF,* 16 Or App 136, 517 P2d 706 (1973), *rev den* (1974).